IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANTON COLBURN                                                                  PETITIONER

v.                                                                   No. 1:15CV119-GHD-SAA

WARDEN, ET AL.                                                               RESPONDENTS

FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED** and the instant petition for a writ of *habeas corpus* is **DISMISSED** for failure to exhaust state remedies.

SO ORDERED, this, the 12th day of May, 2016.

_____
SENIOR JUDGE